IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PATRICIA DELORENZO, as  CASE NO.: 8:13-cv-3048-RAL-EAJ
Personal Representative for the Estate
of MARY FRANCES DELORENZO KNIGHT,

        Plaintiff,

v.


UNITED STATES of AMERICA, d/b/a DEPARTMENT OF THE NAVY, and
DEPARTMENT of VETERANS AFFAIRS, and
THE EXPERTS, INC., a Florida Corporation
and HEWLETT PACKARD ENTERPRISES
SERVICES, LLC (HPES) a Texas Limited Liability Corporation.

        Defendants.

_____/

## CORRECTED CERTIFICATE OF PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE UNDER RULE 41 (a)(1)(A)(i) F.R.CIV.P.

    I HEREBY certify that a copy of Plaintiff's Notice of Dismissal without Prejudice under Rule 41(a)(1)(A)(i) was served on this 6th day of February 2014 to:


Respectfully submitted this 6th day of February, 2014.

        /s/ Sidney L. Matthew
        SIDNEY L. MATTHEW, ESQ.
        SIDNEY L. MATTHEW, P.A.
        Fl. Bar.: 193496
        Post Office Box 1754
        Tallahassee, Florida 32302
        (850) 224-7887
        Facsimile: (850) 681-3122
        sidmatthew@earthlink.net

                    Attorney for Plaintiff

                    JUSTIN GIVENS, ESQ.
                    JUSTIN GIVENS, P.A.
                    Fl. Bar.: 52130
                    Post Office Box 12613
                    Tallahassee, Florida 32317
                    (850) 339-8049
                    givenslaw@gmail.com
                    Attorney for Plaintiff

## Certificate of Service

I hereby certify that a copy of the foregoing has been mailed on this 6th day of February, 2014 to: Frank Gassler, fgassler@bankerlopez.com; Jeffrey James, jjames@bankerlopez.com; Richard K. Bowers, rbowers@bankerlopez.com; Stephen Bagge, sbagge@bankerlopez.com; David Banker, dbanker@bushross.com; Jason Raofield, jraofield@cov.com; John Hall, jhall@cov.com; Bryan Hall, bhull@bushross.com; Stephen Handler, Stephen.handler@usdoj.gov

                    <u>/s/ Sidney L. Matthew</u>
                    Sidney L. Matthew
                    Justin Givens